ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED U.S. DISTRICT COURT 2010 AUG 18 A 9:33 CLERK

| | |
|---|---|
| RALPH MICHEL, | ) |
| Petitioner, | ) ) ) |
| v. | ) CV 310-007 |
| ERIC HOLDER, Attorney General, et al., | ) ) ) |
| Respondents. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice and shall be **CLOSED**.

SO ORDERED this 17th day of August, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE